No. 13,836.

PAPAS *v.* THE PEOPLE.
(55 P. [2d] 1337)

Decided February 24, 1936. Rehearing denied March 23, 1936.

Mr. WILLIAM A. BRYANS, Mr. S. HARRISON WHITE, for plaintiff in error.

Mr. PAUL P. PROSSER, Attorney General, Mr. WALTER F. SCHERER, Assistant, for the people.

*En Banc.*

MR. JUSTICE YOUNG delivered the opinion of the court.

IT is agreed between the attorneys for plaintiff in error and the Attorney General that the information, assignments of error, and issues presented in this case, are in substantial effect the same as those involved in *Papas v. People,* 98 Colo. 306, 55 P. (2d) 1330, decided by this court February 10, 1936.

On the authority of that case, and for the reasons therein stated, the judgment in this case is affirmed.

MR. JUSTICE HILLIARD and MR. JUSTICE HOLLAND, dissent.